UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| M & D MINERAL CONSULTANTS, LLC | CIVIL ACTION NO. 5:12cv02082 |
| VERSUS | JUDGE WALTER |
| SOUTHERN ENERGY, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, come CHARLES J. NEUPERT, JR. and CHARLES NEUPERT AND ASSOCIATES, LLC, third party defendants in the above entitled and numbered cause, which, with respect, represent:

1.

Appearers have been served with a copy of the third party complaint in the above-captioned matter, joining them as third party defendants.

2.

Appearers do not have sufficient information or facts at this time upon which to intelligently base a responsive pleading and, therefore, request that they be given a 30-day extension of time or until May 11, 2013, to file responsive pleadings herein.

3.

Counsel for appearers has spoken with counsel for third party plaintiff, who has agreed to this request for an extension of time.

WHEREFORE, third party defendants, CHARLES J. NEUPERT, JR. and CHARLES NEUPERT AND ASSOCIATES, LLC, pray for an order granting them a 30-day extension of time until May 10, 2013, within which to file responsive pleadings herein.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation


By: /s/ Herschel E. Richard, Jr.
    Herschel E. Richard, Jr. #11229

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
herschel.richard@cookyancey.com

ATTORNEYS FOR CHARLES J. NEUPERT, JR. and CHARLES NEUPERT AND ASSOCIATES, LLC,

## **CERTIFICATE**

I certify that a copy of the foregoing was filed with the United States District Court for the Western District of Louisiana via the electronic case filing/case management system and that a copy of it was served on all counsel of record by electronic notification.

Shreveport, Louisiana, this 11th day of April, 2013.



                /s/ Herschel E. Richard, Jr.
                   OF COUNSEL